UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

Oct 28  11 02 AM '04

EnergyNorth Natural Gas, Inc.
    Plaintiff

v.                                Civil Action No. 97-64-M

Lloyds, Underwriters at London, et al.
    Defendants

## JUDGMENT

In accordance with the following, judgment is hereby entered:

1. The Special Verdict form returned on October 25, 2004 in favor of the plaintiffs.

2. Order dated May 15, 1998, dismissing defendant American Re-insurance Company;

3. Orders dated May 29, 1998, dismissing defendants Great American Insurance Company and North Star Reinsurance Corporation;

4. Order dated October 22, 1998, dismissing defendant Associated Electric & Gas Insurance Services Limited;

5. Order dated February 2, 1999, dismissing defendant Careamerica Compensation and Liability Insurance Company a/k/a The Northern Assurance Company of America;

6. Order dated April 2, 1999, dismissing defendant Northwestern National Insurance Company;

7. Order dated May 4, 1999, dismissing defendant American Home Assurance Company;

8. Order dated May 7, 1999, dismissing defendant Liberty Mutual Insurance Company;

9. Order dated February 15, 2000, dismissing defendant International Insurance Company;

10. Order dated March 8, 2000, granting defendant St. Paul Fire & Marine Insurance Company and Utica Mutual Insurance Company's Motion for Partial Summary Judgment;

11. Order dated March 8, 2000, dismissing defendants American Home Assurance Company, Lexington Insurance Company and National Union Fire Insurance of Pittsburgh;

12. Order dated August 22, 2000, dismissing defendant St. Paul Fire & Marine Insurance Company;

13. Order dated August 23, 2000, dismissing defendant Utica Mutual Insurance Company;

14. Order dated September 29, 2000, granting Lloyd's, Underwriters of London's Motion for Judgment regarding Trigger of Coverage;

15. Order dated October 2, 2000, dismissing defendant Century Indemnity Company; and

16. Order dated October 18, 2000, dismissing defendant Westport Insurance Corporation.

By the Court,

*[signature]*
James R. Starr, Clerk

October 28, 2004

cc: All Counsel of Record

APPROVED AS TO FORM:

*[signature]*
United States District Judge